PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR ALFONSO VALENZUELA NEVAREZ | CASE NO: 1:21-MJ-00135-BAM<br><br>ORDER TO UNSEAL PETITION FOR WARRANT TO REVOKE SUPERVISED RELEASE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

IT IS SO ORDERED.

Dated: **December 16, 2021**      /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE